# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

RICHARD A. CHATMAN,

      CASE NO. 2:10-cv-1091

    Petitioner,

      District Judge George C. Smith
      Magistrate Judge Michael R. Merz

ROB JEFFREYS, WARDEN,

    Respondent.

## TRANSFER ORDER

With the consent of both of them and of District Judge Smith, the reference of this case is hereby transferred from Magistrate Judge Deavers to Magistrate Judge Merz.

March 19, 2013.

                              s/ *Michael R. Merz*
                              United States Magistrate Judge