IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD A. CHATMAN,

    Petitioner,

  v.                                  CASE NO.: 2:10-CV-1091
                                      JUDGE GEORGE C. SMITH
WARDEN, ROSS CORRECTIONAL         Magistrate Judge Michael R. Merz
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On March 26, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                              \s\*George C. Smith*
                                                              **GEORGE C. SMITH, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**